# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

ROBERT DRUMMOND,

    Plaintiff,

v.                                              Case No. 20-12227

LOFTS AT RIVERTOWN CONDOMINIUM
ASSOCIATION and ALAN PAULSON,

    Defendants.

_____/

## ORDER TERMINATING AS MOOT DEFENDANT LOFTS' MOTION TO DISMISS

Plaintiff Robert Drummond brings this action for fraudulent inducement, breach of bylaws and a master dead, unjust enrichment, and promissory estoppel against Defendant Lofts at Rivertown Condominium Association ("Lofts"). (ECF No. 2, PageID.7-12.) Plaintiff brings claims under fraudulent inducement, breach of contract, unjust enrichment, and promissory estoppel against Defendant Alan Paulson. (*Id.*)

On November 11, 2020, Defendant Lofts moved to dismiss Plaintiff's unjust enrichment and promissory estoppel claims against Defendant Lofts. (ECF No. 15.) On December 7, 2020, the court entered a stipulated order dismissing those claims without prejudice. (ECF No. 19.) This stipulation effectively moots the pending motion to dismiss. Accordingly,

IT IS ORDERED that Defendant Lofts' "Motion to Dismiss" (ECF No. 15) is TERMINATED as moot.

                                                      s/Robert H. Cleland               /
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated:  December 10, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 10, 2020, by electronic and/or ordinary mail.

s/Lisa Wagner                          /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-12227.DRUMMOND.MotiontoDismiss.RMK.docx